UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEANETTE GARNETT PICHON                    CIVIL ACTION

VERSUS                                     NO: 09-5897

ASBESTOS DEFENDANTS ET AL.                 SECTION: "J" (4)

**ORDER**

Before the Court is Plaintiff's **Motion to Remand** (Rec. D. 7).

This case derives from a claim by Plaintiff which falls completely under state law. There is no basis for federal jurisdiction but for Defendant's assertion that it is related to a federal bankruptcy proceeding. Furthermore, the underlying state claim is set for trial in state court on January 11th, 2010 where it can be timely adjudicated. The Court also notes that this matter is, at most, only related to the bankruptcy action and does not arise under bankruptcy law or a case commenced in bankruptcy court. Therefore, the Court finds that, pursuant to 28 U.S.C. § 1334(c)(2), it must abstain from adjudicating this case.

Furthermore, even if the case did not require mandatory abstention, the Court finds that pursuant to 28 U.S.C. § 1334(c)(1),the interests of justice are best served by abstaining from adjudicating this case.

Finally, the Court remands this case pursuant to 28 U.S.C. § 1452(b) in the interests of equity, fairness, and judicial

economy.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand** (Rec. D. 7) is **GRANTED** and that this case is remanded to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this the 15th day of October 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE